**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YIDI ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, et al.,<br><br>Defendants. | NO. CV 26-6846 FMO (MBKx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On September 8, 2026, the court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. (See Dkt. 8, Court's Order of September 8, 2026). The order stated that the Order to Show Cause would stand submitted upon the filing of an answer by all defendant(s) or plaintiff's application for entry of default judgment. (See id.). Plaintiff was admonished that "[f]ailure to file a timely response to th[e] Order to Show Cause shall result in the action or the above defendant(s) being dismissed for lack of prosecution and for failure to comply with the orders of the court[,]" pursuant to Local Rule 41. (Id.).

A response to the Order to Show Cause was ordered to be filed no later than September 15, 2026. As of the filing date of this Order, no response has been filed to the court's Order to Show Cause. Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the court, pursuant

to Local Rule 41. See also Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 24th day of September, 2026.

/s/
Fernando M. Olguin
United States District Judge