JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| YIDI ZHANG,<br>Plaintiff,<br>v.<br>MERRICK B. GARLAND, et al.,<br>Defendants. | ) | NO. CV 26-6846 FMO (MBKx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 24th day of September, 2026.

/s/
Fernando M. Olguin
United States District Judge